Slip Op. 15-97

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASIA SOURCING CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>             Defendant. | Before: Leo M. Gordon, Judge<br><br>Court No. 13-00161 |

**JUDGMENT**

Before the court is the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand (Aug. 20, 2015), ECF No. 54 ("Remand Results"). There being no challenge to the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained.

                                                                                 /s/ Leo M. Gordon
                                                               Judge Leo M. Gordon

Dated: August 27, 2015
       New York, New York